LARRY MCCORVEY
Name and Prisoner/Booking Number
JTD# 0051058 BK# 1637590
Place of Confinement
Fresno County Jail
Mailing Address
P.O. Box 872
City, State, Zip Code FRESNO, CA. 93712
(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

**JAN 10 2017**

CLFRK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCCORVEY , ) <br> (Full Name of Plaintiff)    Plaintiff, ) <br> ) <br> v. ) <br> (1) District Attorneys , ) <br> (Full Name of Defendant) ) <br> (2) _____ , ) <br> ) <br> (3) _____ , ) <br> ) <br> (4) _____ , ) <br> Defendant(s). ) <br> ☐ Check if there are additional Defendants and attach page 1-A listing them. ) | CASE NO. 1:17-CV-35 LJO-SAB <br> (To be supplied by the Clerk) <br> <br> **CIVIL RIGHTS COMPLAINT** <br> **BY A PRISONER** <br> <br> ☒ Original Complaint <br> ☐ First Amended Complaint <br> ☐ Second Amended Complaint |

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

   ☐ Other: _____.

2. Institution/city where violation occurred: Fresno County

## B. DEFENDANTS

1. Name of first Defendant: __District Attorney__. The first Defendant is employed as: __District Attorney Office__ at __Fresno County Jail__.
   (Position and Title)                                                                (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____at_____.
   (Position and Title)                                              (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____at_____.
   (Position and Title)                                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____at_____.
   (Position and Title)                                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? __0__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### CLAIM I

1.    State the constitutional or other federal civil right that was violated: _____

_____.

2.    **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
☐ Basic necessities      ☐ Mail          ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: _____.

3.    **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Facts ① Neglinner   in CASE NUMBER F15901150 AND CASE Number M1693060 B, the D.As Office To investigate befor Filting chaddres

② conspiracy with the counte to make me an offer with Knowlece that For all cases were assioed To Department Number 10 asof 12/16/16

4.    **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.    **Administrative Remedies:**
a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                             ☐ Yes  ☒ No
b.    Did you submit a request for administrative relief on Claim I?        ☐ Yes  ☐ No
c.    Did you appeal your request for relief on Claim I to the highest level?    ☐ Yes  ☐ No
d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

3

7. **Ground 2 or Ground** _____ *(if applicable):*

IN CASE NUMBER F _____ + M 11698306980
FI590115 @

① NEglance oF D.A's OFFice ② conspiancy, ③ Bribery
And ④ intimidation

a. Supporting facts:

① the NEglance oF the D.A's OFFice to and abligation
To investigate All person, or persons makeing sure that
he or she was intact hom she or he clame to be !
In neither case has the D.A's OFFice ever proven
that Stphenin Poudholm ever (Existed) I Larry McCorvey
Under Penalty oF Pea'jury has NEVER SEEN NOR MET
Stphinine Peudholm, ② The D.A's OFFice conspieaced
with the counts to make me an offer with Knowing All
cases were to be Ordered to Department #10 as oF 12/14/16
③ Bribery I was asked to make a dnil after
Knowland oF all cases being moved to Department #10
④ I Felt intimidated by the counts preasentation to me
IF I plead to charge the count would doop the
other !
(All to take place in Department #96)

b. Supporting cases, rules, or other authority:

① How can Man Law Supercede Gods! I Larry Mc-
orvey Am challengeing (Man's Law)
Gods Law says (WHERE For Hey Are No More
Twain But One Flesh. What thereFore God Hath Joined
Together, Let No Man Put Asunder !)

CLARKE

Department 96

I LARRY MCCORVEY am in dire need of someone to please acknowedge

The Neglidgence of the D.A's Office in case numbers F15901150 M16930680 And in 2015 case number P15901150 as where the DAs Office Failed its obligation to investigate, all person or persons,

Making sure that he or she were in fact whom he or she claim to be

In neither case has the D.A's Office ever proven that Stphenine Paudholm ever Existed.

I larry McCorvey has never ("Under Penalty of Perjury") met nor seen Stphaine Paudholm

(I am not guilty)

LARRY McCorvey

Larry McCorvey

The D.A's Office has had "one" year to rectify this case

## E.  REQUEST FOR RELIEF

State the relief you are seeking: For All charges be dismissed and Challenge the stay away Ordered by the Court with out Authorization of la allentives / Mans Law can never share God's law (Let No Man or any thing come Between Man and Woman) This is God Law

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Jan 2, 2017__
                    DATE

_Larry M Carvey_
SIGNATURE OF PLAINTIFF

_Larry M Carvey_
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6