# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McCORVEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT ATTORNEY,<br><br>　　　　　Defendant. | Case No.  1:17-cv-00035-LJO-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

　　　　Plaintiff Larry McCorvey, a pretrial detainee, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 10, 2017, Plaintiff filed a complaint in this action.  However, Plaintiff did not file an application to proceed in forma pauperis, or pay the filing fee.  Plaintiff is required to either pay the filing fee or file an application demonstrating that he is entitled to proceed in this action without prepayment of the filing fee.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk is directed to provide Plaintiff with an application to proceed in forma pauperis by a prisoner;
2. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **January 11, 2017**

UNITED STATES MAGISTRATE JUDGE